UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | NO. 4:16 CR 107 JAR (NCC) |
| | ) | |
| **SACOREY CLARK,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**UNITED STATES OF AMERICA'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR A LIE-DETECTOR TEST AND TO PREVENT OFFICER TESTIMONY AND**

COMES NOW, the United States of America, by and through Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and for its Response in Opposition to Defendant's motion seeking an order preventing the testimony of Officer Nicholas Henderson and subjecting him to a lie-detector test (District Court Docket "DCD" # 52), states as follows:

1.  Defendant has no legal basis to prevent the testimony of Officer Nicholas Henderson (or any other officer) at an evidentiary hearing or trial in this matter.

2.  Defendant has no legal basis to demand that Officer Henderson (or any other officer) participate in a lie-detector test.

3.  Wherefore, based on the foregoing reasons, the United States respectfully requests that this Court deny the Defendant's motion and any other motions making the same demands or seeking similar orders.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney


 /s/ Sayler A. Fleming
SAYLER A. FLEMING, #58775MO
Assistant United States Attorney
111 S. 10th Street, 20th Floor
St. Louis, Missouri   63102
(314) 539-2200
sayler.fleming@usdoj.gov


**CERTIFICATE OF SERVICE**

    I hereby certify that on September 19, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all Attorneys of Record for Defendant and Sacorey Clark (1) #1047833, SLCJC, St. Louis County Justice Center, 100 S. Central, Clayton, MO 63105.


 /s/ Sayler A. Fleming
SAYLER A. FLEMING, #58775MO
Assistant United States Attorney